# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARIO GONZALEZ, EDILZON DENNIS )
GONZALEZ and JORGE GONZALEZ, )
              Plaintiffs, )   Case No. 2:10-cv-00684-PMP-GWF
vs. )   **ORDER**
CITY OF LAS VEGAS, *et al.*, )
              Defendants. )

      This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Amended Complaint (#10) in this matter was filed December 15, 2010. Defendant City of Las Vegas filed its Answer (#14) February 9, 2011. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

      **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **April 7, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

      DATED this 28th day of March, 2011.

                              _____
                              GEORGE FOLEY, JR.
                              United States Magistrate Judge