# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIO GONZALEZ, et al., | 2:10-CV-00684-PMP-GWF |
| Plaintiffs, | |
| vs. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendant. | |

**IT IS ORDERED** that the Motion to Withdraw as Counsel (Doc. #41) is **GRANTED** and that Plaintiffs shall have to and including **February 29, 2012** within which to advise the court in writing of new counsel of record, or alternatively, that Plaintiffs intend to proceed *pro se*.

DATED: January 27, 2012.

PHILIP M. PRO
United States District Judge